FILED
JUN 29 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  ROBERT D. SWEETIN
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2806

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: Cr. S-10-085 DAD |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S EX PARTE MOTION TO CONTINUE EVIDENTIARY HEARING |
| v. | ) | |
| BRYCEN DUNLAP, | ) | DATE: July 1, 2010<br>TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Matthew Stegman and Robert Sweetin, Certified Law Clerk, respectfully apply for an Order to continue the evidentiary hearing in the above-entitled matter from July 1, 2010 to August 30, 2010.

The reason for this request is that the investigating officers, who are also the Government's key witnesses, are unable to appear before the court on July 1, 2010. Officer Ken Marcus is unable to be in court on July 1, 2010 because of an assignment he has at Tahoe National Forest. Officer Jeremiah Laudenslager is unavailable from July 15, 2010 until the first week of August

1

because of his assignment to an inter-agency marijuana eradication operation. In addition, the Court is unavailable through most of August, and the first available date which accommodates both the court and the Government is August 30, 2010.

Defense counsel has been contacted regarding the request for continuance. Defense counsel will not stipulate to the continuance, but will not oppose the request to continue the matter.

Based on the information provided to me by Robert Sweetin, I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 29th day of June, 2010.

DATED: June 29, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/Daniel McConkie for
MATTHEW C. STEGMAN
Assistant U.S. Attorney

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED: June 29, 2010

HON. DALE A. DROZD
United States Magistrate Judge