

**FILED**

AUG 2 7 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

1 | BENJAMIN B. WAGNER
United States Attorney
2 | MATTHEW C. STEGMAN
Assistant U.S. Attorney
3 | ROBERT D. SWEETIN
Certified Law Clerk, Misdemeanor Unit
4 | 501 I Street, Suite 10-100
Sacramento, California  95814
5 | Telephone: (916) 554-2806

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                           EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )    Cr. No. S-10-085 DAD
                                     )
12 |          Plaintiff,             )    Stipulation and [~~proposed~~]
                                     )    Order
13 |     v.                          )
                                     )    Date:  August 31, 2010
14 | BRYCEN DUNLAP,                   )    Time:  10:00 a.m.
                                     )    Judge: Hon. Dale A. Drozd
15 |          Defendant.             )
                                     )
16 | _____    )

17        It is hereby stipulated and agreed between the United States

18   and the defendant, BRYCEN DUNLAP, by and through his undersigned

19   counsel, Lauren Cusick, that the previously scheduled evidentiary

20   hearing set for August 30, 2010, be vacated and a status

21   conference be set for August 31, 2010, at 10:00 a.m. to reschedule

22   the evidentiary hearing.

23        This continuance is requested because Officer Jeremiah

24   Laudenslager has been subpoenaed by the El Dorado County Traffic

25   Court for the same date and time the evidentiary hearing was

26   scheduled before this court.

27   ///

28   ///

                                      1

1      The parties agree that time may be excluded from August 27,

2  2010, to August 31, 2010, pursuant to Title 18, United States

3  Code, Section 3161(h)(1)(F), also known as Local Code E, Pretrial

4  Motion Pending.

5  DATED: August 27, 2010          BENJAMIN B. WAGNER
                            United States Attorney

6

7                    By:  /s/ Matthew C. Stegman
                            MATTHEW C. STEGMAN

8                            Assistant U.S. Attorney

9

10  DATED: August 27, 2010

11
                    By:  /s/ Lauren Cusick

12                          LAUREN CUSICK
                          Assistant Federal Defender

13                          Attorney for Defendant
                          BRYCEN DUNLAP

14

15              [P R O P O S E D] O R D E R

16  IT IS SO ORDERED:

17  DATED: August **27**, 2010

18

19

  HON. DALE A. DROZD

20  United States Magistrate Judge

21

22

23

24

25

26

27

28